IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRITTANY M. THOMPSON,       )
et al.,                     )
              Plaintiffs,   ) Civil Action File
     vs.                    ) No. 1:14-CV-00390-RWS
1715 NORTHSIDE DRIVE, INC.  )
d/b/a DIAMOND CLUB, a       )
corporation; and C.B. JONES )
and KAREN KIRK, individuals,)
              Defendants.   )
_____)

**PLAINTIFF'S EXHIBIT**

**17**

ASHLIE L. BRANCH,           )
              Plaintiff,    )  Civil Action File
     vs.                    )  No. 1:14-CV-0960-TCB
1715 NORTHSIDE DRIVE, INC.  )
d/b/a DIAMOND CLUB, et al., )
              Defendants.   )

- - -

30(B)(6) Deposition of HAROLD L. HUNT on

behalf of 1715 Northside Drive, Inc., taken by the

Plaintiffs, pursuant to Notice and agreement of

counsel, in accordance with the Georgia Civil

Practice Act, before Judith L. Leitz Moran,

Certified Court Reporter, at Schulten, Ward &

Turner, 260 Peachtree Street, NW, Suite 2700,

Atlanta, Georgia, on the 8th day of August, 2014,

commencing at the hour of 1:05 p.m.

--------------------------------------------------
REGENCY-BRENTANO, INC.
Certified Court Reporters
13 Corporate Square
Suite 140
Atlanta, Georgia  30329
(404) 321-3333

Harold Hunt, 30 (b)(6)        Thompson, et al. v. 1715 Northside Dr., et al.                August 8, 2014

Page 2

```
 1    APPEARANCES OF COUNSEL:

 2

 3    On behalf of the Plaintiffs:

 4         MATTHEW HERRINGTON, ESQUIRE

 5         W. ANTHONY COLLINS, JR., ESQUIRE

 6         Smith Collins LLC

 7         8565 Dunwoody Place

 8         Building 15 Suite B

 9         Atlanta, Georgia   30350

10

11         JIM FLETCHER, ESQUIRE

12         Merritt & Fletcher, LLC

13         1535 Mt. Vernon Road

14         Suite 150

15         Dunwoody, Georgia   30338

16

17    On behalf of the Defendants:

18         DEAN R. FUCHS, ESQUIRE

19         Schulten, Ward & Turner, LLP

20         260 Peachtree Street, NW

21         Suite 2700

22         Atlanta, Georgia   30303

23

24

25
```

Page 3

```
 1    APPEARANCES OF COUNSEL (CONT.):

 2

 3    On behalf of the Defendants:

 4         ERIC R. MAGNUS, ESQUIRE

 5         Jackson Lewis LLP

 6         1155 Peachtree Street, NE

 7         Suite 1000

 8         Atlanta, Georgia   30309

 9

10         HERBERT P. SCHLANGER, ESQUIRE

11         Law Office of Herbert P. Schlanger

12         230 Peachtree Street, NW

13         Suite 1890

14         Atlanta, Georgia   30303

15

16    Also Present:

17         Carmen Popovitch

18

19

20                    -  -  -

21         (Whereupon, disclosure as required by

22    the Georgia Board of Court Reporting was

23    made by the court reporter, a written copy

24    of which is attached hereto.)

25
```

Page 4

1                    INDEX OF EXHIBITS

2                 (No exhibits marked.)

3

4

5

6   INDEX OF EXAMINATION                         PAGE

7        By Mr. Herrington                         5

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Harold Hunt, 30 (b)(6)      Thompson, et al. v. 1715 Northside Dr., et al.      August 8, 2014

Page 5

1                    HAROLD L. HUNT,

2     being first duly sworn, was examined as follows:

3              THE WITNESS:  I do.

4              MR. HERRINGTON:  We waive and reserve

5     objections?

6              MR. FUCHS:  Yes.

7                    EXAMINATION

8     BY MR. HERRINGTON:

9         Q    Would you please state your name for the

10    record.

11        A    Harold L. Hunt.

12        Q    Do you go by Harry?

13        A    Yes.

14        Q    And your date of birth?

15        A    3/7/54.

16        Q    All right.

17             MR. FUCHS:  I'm sorry, did you put on the

18    record that --

19             MR. HERRINGTON:  This is a --

20             MR. FUCHS:  -- this is the Rule 30(b)

21    deposition of 1715 Northside Drive and that

22    Mr. Hunt is the 30(b)(6) witness?

23             MR. HERRINGTON:  That's correct.

24             MR. FUCHS:  Thank you.

25    BY MR. HERRINGTON:

Harold Hunt, 30 (b)(6)     Thompson, et al. v. 1715 Northside Dr., et al.          August 8, 2014

Page 6

1       Q       And where did you attend high school?

2       A       Burrillville High.

3       Q       Where is that?

4       A       Burrillville, Rhode Island.

5       Q       When did you graduate?

6       A       1972.

7       Q       College?

8       A       No, sir.

9       Q       Do you have any certifications or

10      licenses?

11      A       No, sir.

12      Q       What is your position at Diamond Club?

13      A       Manager.

14      Q       And how long have you been there?

15      A       Six years.

16      Q       Since 2008?

17      A       2007.

18      Q       Okay.

19      A       End of 2007.

20      Q       What are your responsibilities at Diamond

21      Club?

22      A       To -- it's kind of a broad question.

23      Q       It can be as thorough as you like.

24      A       See to the day-to-day routine of the

25      club.

Page 7

1       Q     Do you order food and alcohol?

2       A     No, sir.

3       Q     Who is responsible for that?

4       A     I don't know.

5       Q     You don't know who places alcohol orders

6    or food orders from vendors?

7       A     I imagine the cook does the food order.

8       Q     Do bartenders order alcohol?

9       A     I get the order ready and then --

10       Q     Someone else places it?

11       A     -- submit it.  Yeah, sometimes I order

12    it.

13       Q     Do you supervise dancers at the club?

14       A     Yes, sir.

15       Q     Do you supervise bartenders?

16       A     Yes, sir.

17       Q     Do you supervise waitresses?

18       A     Yes, sir.

19       Q     Do you supervise DJs?

20       A     Yes, sir.

21       Q     In supervising these different types of

22    individuals at Diamond Club, do you set schedules

23    for any of them?

24       A     No, I don't do any scheduling myself.

25       Q     Are bartenders on a set schedule

Case 1:14-cv-03775-CAP   Document 84-23   Filed 11/02/15   Page 8 of 25

Harold Hunt, 30 (b)(6)       Thompson, et al. v. 1715 Northside Dr., et al.                August 8, 2014

Page 8

1     typically?

2          A     Typically they are.

3          Q     And who sets those schedules?

4          A     Done in the office.

5          Q     By whom?

6          A     By Ms. Carmen.

7          Q     Prior to December 2013, who was

8     scheduling bartenders?

9          A     Sometimes it would be me, sometimes

10    Ms. Carmen.

11         Q     And you're referring to Carmen Popovitch?

12         A     Presently.

13         Q     Okay.

14         A     For the present, yes.

15         Q     And who, prior to the sale of the club

16    and after the sale of the club, who has been

17    responsible for scheduling waitresses?

18         A     Didn't we just answer that?

19         Q     I was speaking about bartenders.

20         A     Give me that question again, please.

21         Q     Prior to the sale and after the sale, if

22    it's different people, who was responsible for

23    scheduling waitresses?

24         A     Before the sale it would have been Karen.

25         Q     And after?

Harold Hunt, 30 (b)(6)      Thompson, et al. v. 1715 Northside Dr., et al.                August 8, 2014

Page 9

1       A     Ms. Carmen.

2       Q     And the same question for the scheduling

3   of DJs?

4       A     We only have one on day shift only, so

5   there's just one.

6       Q     There's only one?

7       A     There's only one on day shift and I don't

8   know about night shift --

9       Q     Okay.

10      A     -- now.

11      Q     Who scheduled --

12      A     Before -- I mean, they just kind of

13  worked it out.

14      Q     How many DJs were on -- different DJs are

15  there for night shifts?

16      A     Are we talking before?

17      Q     Right now how many are there?

18      A     Two, I guess.

19      Q     And prior to the sale?

20      A     We had three.

21      Q     Do you or Carmen know which DJs are going

22  to be working on a specific shift prior to the time

23  they arrive?

24      A     Yes.

25      Q     Are you in any way an owner of Diamond

Harold Hunt, 30 (b)(6)        Thompson, et al. v. 1715 Northside Dr., et al.                August 8, 2014

Page 10

1    Club?

2         A     No, sir.

3         Q     Are you paid a salary?

4         A     Yes, I am.

5         Q     And not an hourly wage?

6         A     No, not an hourly wage.

7         Q     Are bartenders at Diamond Club currently

8    paid an hourly wage?

9         A     To my knowledge, yes.

10        Q     Are waitresses at Diamond Club now

11   currently paid an hourly wage?

12        A     Yes.

13        Q     And has that been the case since the sale

14   of the company?

15        A     Uh-huh.

16        Q     Waitresses have been paid an hourly wage?

17        A     As far as I know.

18        Q     So has anything about the compensation of

19   waitresses or bartenders changed since the sale?

20        A     Not to my knowledge.

21              MR. FUCHS:  Object to the form.

22              MR. MAGNUS:  Harry, was your answer no?

23        A     No, not to my knowledge.

24   BY MR. HERRINGTON:

25        Q     Are waitresses required to attend

Harold Hunt, 30 (b)(6)      Thompson, et al. v. 1715 Northside Dr., et al.      August 8, 2014

Page 11

```
 1    mandatory meetings at Diamond Club ever?

 2         A    On occasion.

 3         Q    How often is on occasion?

 4         A    Once every couple of months.

 5         Q    Have there been more meetings than normal

 6    in the past several months?

 7         A    No.

 8         Q    Since the sale there were not a large

 9    number of waitress meetings?

10         A    No.

11         Q    Do you know if when waitresses attend

12    meetings, are they compensated for that time?

13         A    I don't know the answer to that, but I

14    would say, no, not to my knowledge.

15         Q    If waitresses do not attend meetings are

16    they fined?

17         A    No.

18         Q    If they miss multiple meetings are they

19    fired or no longer --

20         A    No.

21         Q    But their work at Diamond Club would not

22    be discontinued if they did not attend meetings?

23              MR. FUCHS:  I'm going to object because I

24    didn't understand the question.

25         A    No.
```

Harold Hunt, 30 (b)(6)        Thompson, et al. v. 1715 Northside Dr., et al.        August 8, 2014

Page 12

1              MR. HERRINGTON:  Okay.

2              MR. FUCHS:  It's got like a triple

3      negative, I think.

4      BY MR. HERRINGTON:

5          Q     Do waitresses at Diamond Club currently

6      have to wear a uniform of any kind?

7          A     I really can't answer that because it's

8      not something that I would tell them to do.

9          Q     Do waitresses at Diamond Club currently

10     wear similar clothing?

11         A     Yes.

12         Q     Can you describe in what way the clothing

13     is similar?

14         A     Well, it's black top -- black top, black

15     bottoms.  They got together and chose what they

16     want to wear.

17         Q     And now that the decision has been made

18     about the uniform can they wear something different

19     if they want?

20         A     Sure.

21         Q     Do waitresses ever wear something other

22     than the black top and black bottom --

23         A     Yes.

24         Q     -- to work?

25         A     Yes.

Harold Hunt, 30 (b)(6)     Thompson, et al. v. 1715 Northside Dr., et al.          August 8, 2014

Page 13

1      Q     How often does that happen?

2      A     I don't know.  It's not something that

3  I --

4      Q     Does it happen regularly that --

5      A     -- would consider a problem.

6            MR. FUCHS:  You guys haven't alleged some

7  sort of misclassification issue with respect to

8  waitresses, have you?

9            MR. COLLINS:  I don't believe so.

10  BY MR. HERRINGTON:

11      Q     Are you aware of any rules that are

12  enforced on dancers in the club by Diamond Club?

13      A     Yes.

14      Q     Are you aware of any list of rules in the

15  club that is posted for the dancers to see?

16      A     Yes.

17      Q     Where is that?

18      A     It used to be in the dressing room.

19      Q     And where is it now?

20      A     Not posted.

21      Q     When was it taken down?

22      A     With the new ownership.

23      Q     Since the new owners have taken over, are

24  there any rules in place?

25      A     No.

Page 14

```
 1        Q     Are new dancers not given a list of rules
 2   when they're hired?  Are they given a list of rules
 3   when their hired?
 4        A     No.
 5        Q     Or shown a list?
 6        A     No.
 7        Q     Are Diamond Club dancers required to wear
 8   garters?
 9        A     Not required, suggested.
10        Q     Are they required to wear high heels?
11        A     Not required, suggested.
12        Q     Are Diamond Club dancers required to have
13   makeup on while they work?
14        A     No.
15        Q     Is it suggested?
16        A     No.
17        Q     Do any dancers come to work without
18   makeup?
19        A     Sure.
20        Q     Does that happen often?
21              MR. FUCHS:  If you know you should
22   answer.  If you don't know tell him you don't know.
23        A     I don't know.
24   BY MR. HERRINGTON:
25        Q     Do you or Carmen ever make comments to
```

Page 15

1    dancers about their appearance and if it's

2    satisfactory or unsatisfactory?

3         A    No.

4         Q    Do you ever make comments to dancers

5    about their weight and whether they weigh too much

6    or too little?

7         A    No.

8         Q    Have you in the past before the new

9    ownership made comments to dancers about their

10   weight?

11        A    No.

12        Q    And in the past before the new ownership,

13   have you made comments to dancers about their

14   makeup, hair, nails, and whether it's satisfactory

15   or unsatisfactory?

16             MR. FUCHS:  Objection to the form.

17             You can answer.

18        A    No.

19   BY MR. HERRINGTON:

20        Q    Does Diamond Club now or in the past

21   require dancers to wear a wrap or some extra

22   clothing other than a thong or bikini when not on

23   stage?

24        A    No.

25        Q    Or when not dancing?

Harold Hunt, 30 (b)(6)      Thompson, et al. v. 1715 Northside Dr., et al.                    August 8, 2014

Page 16

1        A      No.

2        Q      Does it encourage them to wear additional

3   clothing when they're not dancing?

4        A      No.

5        Q      Are Diamond Club dancers permitted to

6   date other people who work at Diamond Club?

7        A      It's not recommended.

8        Q      And how do you communicate that

9   recommendation?

10       A      Verbally.

11       Q      Can you give me an example of what you

12   would say to a dancer who is known to be dating

13   someone else at Diamond Club?

14              MR. FUCHS:  Objection to form.

15              You can answer, if you've ever

16   communicated it.

17       A      It really isn't something I've had to do

18   really.

19   BY MR. HERRINGTON:

20       Q      Does Diamond Club place any restrictions

21   on the drinks that dancers can drink while at

22   Diamond Club?

23       A      No.

24       Q      Does Diamond Club require that dancers

25   dance on stage on rotation?

Page 17

1      A      Not required.

2      Q      How frequently do dancers decline to be

3   placed on rotation?

4      A      Varies.

5      Q      Can you be more specific?

6      A      No.

7      Q      In the past three months, can you

8   estimate how many dancers have said they do not

9   want to be on rotation dancing on stage?

10      A      No.

11      Q      Does Diamond Club require dancers to

12   attend mandatory meetings?

13      A      Yes.

14      Q      How often do these meetings occur?

15      A      Maybe every three months.

16      Q      Was that the case prior to the new

17   ownership?

18            MR. FUCHS:   Object to form.

19            You're asking him if they attended

20   mandatory meetings?

21   BY MR. HERRINGTON:

22      Q      Prior to the new ownership?

23      A      Several.

24      Q      Excuse me?

25      A      Several.

Harold Hunt, 30 (b)(6)     Thompson, et al. v. 1715 Northside Dr., et al.          August 8, 2014

Page 18

1      Q     So prior to the new ownership dancers

2    were required to attend several meetings?

3      A     Yes.

4      Q     Does Diamond Club require dancers to pass

5    a Breathalyzer test before leaving?

6      A     Yes.

7      Q     And has that been the case prior to the

8    new ownership?

9      A     Prior to the new ownership, yes.

10     Q     And are dancers charged for those

11   Breathalyzer tests?

12     A     No.

13     Q     Was that the case prior to the new

14   ownership?

15     A     Yes.

16     Q     They have never been required to pay for

17   Breathalyzer tests?

18     A     Never.  While I've been there -- I can

19   only speak for the time I've been there.

20     Q     Does Diamond Club require that dancers

21   work a minimum of three days per week?

22     A     No.

23     Q     Does it have any minimum number of shifts

24   that a dancer has to work?

25     A     No.

Page 19

```
 1        Q     And can a dancer continue working at

 2   Diamond Club even if she works less than three days

 3   per week?

 4        A     Yes.

 5        Q     Even if she works less than two days per

 6   week?

 7        A     Yes.

 8        Q     Since the new ownership started at

 9   Diamond Club, has anyone been terminated for

10   working less than three shifts per week?

11              MR. FUCHS:  You talking about dancers

12   now?

13              MR. HERRINGTON:  Excuse me?

14              MR. FUCHS:  You talking about dancers?

15              MR. HERRINGTON:  I apologize.

16   BY MR. HERRINGTON:

17        Q     Have any dancers been fired or terminated

18   or let go for not working enough?

19        A     No.

20        Q     Does Diamond Club ever request that

21   dancers wear special outfits or costumes?

22        A     No.

23        Q     Are dancers permitted to use the customer

24   rest room?

25        A     Yes.
```

Harold Hunt, 30 (b)(6)     Thompson, et al. v. 1715 Northside Dr., et al.          August 8, 2014

Page 20

```
 1        Q     Are there set times for shifts at Diamond

 2   Club for dancers?

 3              MR. FUCHS:  Objection to form.

 4              If you understood it you should answer

 5   it.

 6   BY MR. HERRINGTON:

 7        Q     I'll rephrase.

 8              Is there a day shift for dancers at

 9   Diamond Club?

10        A     Yes.

11        Q     And does it begin at a specific time?

12        A     We open at noon.

13        Q     Is that when the shift begins?

14        A     Yes.

15        Q     Is there a night shift at Diamond Club?

16        A     Yes.

17        Q     And what time does that begin, and I'm

18   speaking about dancers?

19        A     7:00.

20        Q     And when does the night shift end?

21        A     2:30 in the morning.

22        Q     Is there a mid shift at Diamond Club?

23        A     Yes.

24        Q     And what time does that begin?

25        A     Usually whenever they get there.  Dancers
```

Harold Hunt, 30 (b)(6)       Thompson, et al. v. 1715 Northside Dr., et al.                August 8, 2014

Page 21

1    don't set time.

2         Q     Do dancers pay a house fee for every

3    shift they work?

4         A     Yes.

5         Q     Does that fee increase depending on the

6    time that they arrive?

7         A     Yes.

8         Q     If a dancer arrives at 2:00, is that the

9    day shift or the mid shift?

10        A     Be day shift.

11        Q     If they arrive at 3:00, is that the day

12   shift or the mid shift?

13        A     Mid shift I guess, I'd say.

14        Q     How would that determination be made?

15        A     I don't understand that question.

16        Q     Who would make the determination whether

17   that was the beginning of the mid shift or late in

18   the day shift?

19        A     It's just -- it's not written in stone.

20   I mean, they just come in as they please.

21        Q     There would be a difference in the amount

22   of the fee they pay depending on whether they came

23   late to a day shift or on time for a mid shift,

24   would there not?

25        A     Yes.

Harold Hunt, 30 (b)(6)       Thompson, et al. v. 1715 Northside Dr., et al.                    August 8, 2014

Page 22

1        Q    Who would determine whether they were
2   late for a day shift or on time for a mid shift?
3        A    It's not so much that they're late, it's
4   just the time they come in.  They understand what
5   time they come in is what they pay.
6        Q    What amount does a dancer pay to come in
7   at noon?
8        A    $10.
9        Q    And what does a dancer pay to come in at
10   one?
11        A    20.
12        Q    And what does a dancer pay to come in at
13   three?
14        A    35.
15        Q    And if a dancer comes in at four?
16        A    $40.
17        Q    And five?
18        A    $40.
19        Q    And six?
20        A    $40.
21        Q    And seven?
22        A    $40.
23        Q    Would that fee increase later in the
24   evening?
25        A    Yes.

Harold Hunt, 30 (b)(6)     Thompson, et al. v. 1715 Northside Dr., et al.          August 8, 2014

Page 23

1      Q     What would the fee be at 7 p.m.?

2      A     I'm not exactly sure.

3      Q     Well, who would make that decision?

4      A     Night shift manager.

5      Q     Have you ever been a night shift manager?

6      A     Yes.

7      Q     And when you were a night shift manager,

8   what would you have charged someone to -- a dancer

9   to start working at seven?

10     A     $20.

11     Q     And eight?

12     A     30.

13     Q     And nine?

14     A     Would have been 40.

15     Q     Is there a time after which you would not

16  allow a dancer to begin dancing?

17     A     No.

18     Q     How much would a dancer pay to start at

19  10 p.m.?

20     A     I don't know.

21           MR. MAGNUS:  Time frame?  Is that now

22  or -- because --

23     A     Yeah, see, you're confusing me because

24  we're --

25           MR. FUCHS:  Yeah, sorry, it would be

Harold Hunt, 30 (b)(6)     Thompson, et al. v. 1715 Northside Dr., et al.          August 8, 2014

Page 24

1    helpful if --

2        A    It was different before this.

3    BY MR. HERRINGTON:

4        Q    We're talking about now.

5             MR. MAGNUS:  Matt, especially on that

6    issue, because he doesn't -- he already said two

7    minutes ago he doesn't know what the night shift

8    does now and you asked him --

9    BY MR. HERRINGTON:

10       Q    When was last time you were a night shift

11   manager?

12       A    Probably would be January or February.

13       Q    So this was after the new ownership?

14       A    Yeah, for a short time I was still on

15   night shift.

16       Q    Well, would your decisions about the fees

17   that are applied have been different in January

18   than say in November of 2013?

19       A    No.

20       Q    How much would someone prior to the new

21   ownership or after pay -- a dancer pay to start

22   working at 10 p.m.?

23       A    Prior it would have been 40.

24       Q    And after?

25       A    I don't know.

Page 25

```
 1        Q     In January you were a night shift
 2   manager?
 3        A     It would have been less.
 4        Q     It would have been less?
 5        A     Because we just reopened.  A transfer,
 6   you know, so...
 7        Q     So that you were charging somewhat less?
 8        A     Yes.
 9        Q     After the new ownership took over?
10        A     To get it started, yes.
11        Q     Was that because business was slow when
12   it started --
13        A     Yes.
14        Q     -- with the new ownership?
15        A     Yes.
16        Q     Would those fees increase later when
17   business is better?
18        A     I don't know about --
19        Q     Have they increased?
20        A     Yes.
21        Q     And is that because more customers have
22   started coming?
23        A     Yes.
24        Q     And is it because the dancers don't have
25   to be controlled as much?
```