IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DELBRA L. DEAN**, <br><br> Plaintiff, <br><br> v. <br><br> **1715 NORTHSIDE DRIVE, INC.** <br> d/b/a Dreams et al., <br><br> Defendants. | Civil Action File No. <br><br> 1:14-cv-03775-CAP |

**[Proposed] Order Approving FLSA Settlements**

The Parties having jointly moved to review and approve two separate Settlement Agreements ("the Agreements") in this FLSA case, and the Court having reviewed the same and for good cause shown, the Court finds the terms of the Agreements to be fair and reasonable. IT IS HEREBY ORDERED that the Agreements are APPROVED and incorporated herein. The Court shall retain jurisdiction to enforce the terms of the Agreements.

SO ORDERED this 27th day of JULY 2016.

/s/CHARLES A. PANNELL, JR.
Honorable Charles A. Pannell, Jr.
UNITED STATES DISTRICT JUDGE